## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CINDY SIMCOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No.: 4:15-cv-01894-MWB** |
| ) | |
| UNITED COLLECTIONS BUREAU, INC., ) | **Notice of Settlement** |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: <u>December 2, 2015</u>

BY: <u>*/s/ Craig Thor Kimmel*</u>
Craig Thor Kimmel, Esquire
Attorney ID No. 57100
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

**Certificate of Service**

I hereby certify that on this 2nd day of December, 2015, a true and correct copy of

the foregoing pleading served via ECF to the below:

Ethan G. Ostroff, Esq.
Troutman Sanders, LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Attorney ID No. 57100
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff