IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CINDY SIMCOX, | : | 4:15-CV-01894 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| UNITED COLLECTIONS BUREAU, INC., | : | |
| | : | |
| Defendant. | | |

# **O R D E R**

AND NOW, this 3rd day of December 2015, counsel for the plaintiff advising the Court by Notice of Settlement, filed 12/2/2015, ECF No. 4, that the matter has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge